

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00471-CR

**IN RE** Danny **ALLEN**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: June 24, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On June 15, 2026, this court received relator, Danny Allen's, filing styled as a petition for writ of mandamus. Therein, Allen seeks a writ of coram nobis and habeas corpus relating to their prior criminal conviction. The writ of coram nobis is not recognized in Texas. *See Ex parte Massey*, 249 S.W.2d 599, 601 (Tex. Crim. App. 1952). Further, this court lacks original jurisdiction over criminal petitions for writ of habeas corpus. *In re Jones*, No. 04-23-00876-CR, 2023 WL 7006324, at *1 (Tex. App.—San Antonio Oct. 25, 2023, orig. proceeding); Tex. Gov't Code § 22:221(d). We look to the substance of relator's petition, not its form. *See Brumley v. McDuff*, 616 S.W.3d 826, 833 (Tex. 2021). Because Texas does not recognize the writ of coram nobis and we lack

---

[1]This proceeding arises out of Cause No. 2019CR6311, styled *State of Texas v. Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

jurisdiction to consider an original petition for habeas corpus in criminal matters, the petition is dismissed for lack of jurisdiction. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH